# Kansas City, Memphis & Birmingham Railroad Co. *v.* Meeks.

APPEAL from the Circuit Court of Marion.
Tried before the Hon. ED. B. ALMON.

WALKER, TILLMAN, CAMPBELL & WALKER, for appellant.

---

DANIEL COLLIER, for appellee.

This was an action brought by the appellee against the appellant to recover damages for personal injuries sustained by the plaintiff while driving a wagon along a public road and across the track of the defendant, which damages were alleged to have been caused by the negligence of the defendant or its employees. From a judgment in favor of the defendant the plaintiff appeals.

The judgment is reversed and the cause remanded on the authority of *K. C., M. & B. R. R. Co. v. Weeks*, 135 Ala. 614.

Opinion by DOWDELL, J.